Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 North Allen Avenue
Pasadena, California 91104
Tel.:   (626) 219-6773
Fax:   (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

# SEALED

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>Relator,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendants. | Case No. 2:17-cv-01879-KJM-DB<br>*SEALED*<br><br>**ORDER GRANTING MOTION TO FILE COMPLAINT IN CAMERA AND TO PLACE COMPLAINT UNDER SEAL** |

**ORDER**

Upon consideration of Plaintiff relator's request that this matter be filed in camera and under seal pursuant to 31 U.S.C. §3730(b)(2), it is hereby ORDERED that Plaintiff relator's request is GRANTED as follows:

- Plaintiff's Complaint shall be filed under seal for at least 60 days in compliance with 31 U.S.C. § 3730(b)(2)–(3).

- Plaintiff's other filings shall be filed under seal so long as the Complaint remains under seal.

- This Order and all future documents filed in this case shall also be filed under seal so long as the Complaint remains under seal.

- While this seal is in effect, no person or party, other than the court and the government, shall have access to these sealed documents.

IT IS SO ORDERED.

DATED: September 27, 2017.

_____
UNITED STATES DISTRICT JUDGE

- 2 -

Motion to File Complaint Under Seal