PHILLIP A. TALBERT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

**SEALED**

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendant. | NO.  2:17-cv-1879 KJM DB<br><br>ORDER REGARDING THE UNITED STATES' *EX PARTE* APPLICATION AND MEMORANDUM FOR AN EXTENSION OF TIME TO MAKE AN INTERVENTION DECISION<br><br>**FILED UNDER SEAL** |

Having considered the United States' *Ex Parte* Application and supporting documents for an extension of time, it is hereby determined that good cause exists and it is ORDERED that:

(1)   the United States shall have until and including June 15, 2018, in which to notify the Court regarding its intervention decision; and

(2)   the *qui tam* complaint and all other filings in this matter shall remain under seal until further order of this Court.

SO ORDERED.

DATED:  December 22, 2017.

_____
UNITED STATES DISTRICT JUDGE