1 McGREGOR W. SCOTT
United States Attorney
2 KELLI L. TAYLOR
Assistant United States Attorney
3 501 I Street, Suite 10-100
Sacramento, CA  95814
4 Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, *ex rel.,* FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT,<br><br>Defendant. | CASE NO.  2:17-CV-1879 KJM DB<br><br>**ORDER ON THE UNITED STATES' *EX PARTE* APPLICATION TO PARTIALLY LIFT THE SEAL ON THE *QUI TAM* COMPLAINT**<br><br>**FILED UNDER SEAL** |
|---|---|

Upon consideration of the United States' *Ex Parte* Application to Partial Lift the Seal, and for good cause shown,

IT IS HEREBY ORDERED that, at its option, the United States may disclose the existence of this *qui tam* action along with the allegations raised by relator, and provide a copy of the complaint and any subsequent amended complaints filed, or any portion thereof, to defendant Tahoe Forest Hospital District or other Defendants if named herein.

IT IS FURTHER ORDERED that the complaint and all other filings shall remain under seal, except insofar as that seal has been partially lifted by this Court.

IT IS SO ORDERED.

DATE:  March 13, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER ON REQUEST TO PARTIALLY LIFT THE SEAL     1