McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

**SEALED**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendant. | NO.  2:17-cv-1879 KJM DB<br><br>ORDER REGARDING THE UNITED STATES' *EX PARTE* APPLICATION AND MEMORANDUM FOR A SECOND EXTENSION OF TIME TO MAKE AN INTERVENTION DECISION<br><br>**FILED UNDER SEAL** |

Having considered the United States' *Ex Parte* Application and supporting documents for an additional six-month extension of time, it is hereby determined that good cause exists and it is ORDERED that:

(1) the United States shall have until and including December 17, 2018, in which to notify the Court regarding its intervention decision; and

(2) the *qui tam* complaint and all other filings in this matter shall remain under seal until further order of this Court.

SO ORDERED.

DATED:  August 6, 2018.

_____
UNITED STATES DISTRICT JUDGE

ORDER REGARDING THE UNITED STATES'
*EX PARTE* APPLICATION FOR A SECOND EXTENSION OF TIME

1