McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

**SEALED**

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendant. | NO.  2:17-cv-1879 KJM DB<br><br>STIPULATED REQUEST TO STAY THIS ACTION; ORDER<br><br>**FILED UNDER SEAL** |

This case arises under the *qui tam* provisions of the Federal False Claims Act, 31 U.S.C. § 3729 *et seq.*, based on a Complaint filed by Relator Frank Adomitis on September 7, 2017.  In brief, Relator alleges that since July 2008, Defendant Hospital obtained status as a Critical Access Hospital ("CAH") even though it does not meet the 35-mile distance criteria and has been overpaid based on its improper CAH designation.  Relator filed two other cases based on the same theories in the Central District of California:  *U.S. ex rel v. San Bernardino Mountains Community Hosp.*, 5:17-cv-00002-JGB-KK ("San Bernardino" matter) and *U.S. ex rel v. Ojai Valley Hospital*, 2:17-cv-06972-JGB-KKK.  Those actions, filed before this one, have been litigated over the past year.  In the San Bernardino case, the district court recently granted Defendant's Motion to Dismiss the Third Amended Complaint, with prejudice. Plaintiff has filed a Notice of Appeal.  Although a Motion to Dismiss was pending in the Ojai Valley case, that district court stayed the action pending the outcome of the San Bernardino matter's appeal.

Likewise, here, the outcome of the appeal in the San Bernardino matter could directly impact this case and the parties agree that this Court should not be required to spend any time, energies, or resources on it at this time.  Accordingly, the parties hereby stipulate that this matter should be stayed until the Ninth Circuit issues its decision in the San Bernardino matter.  The parties further agree that within 30 days of the Ninth Circuit's decision in that case, the United States will provide this Court with a status report on this matter and its intervention decision.

IT IS SO STIPULATED.

DATED:  January 3, 2019                               Colantuono. Highsmith & Whatley, P.C.

                                      By:    */s/ Pamela K. Graham* (auth. 1/4/19)
                                             Pamela K. Graham
                                             Attorneys for Defendant, Tahoe Forest Hospital
                                             District


DATED:  January 3, 2019                               Law Offices of Esperanza C. Anderson

                                      By:    */s/ Esperanza C. Anderson* (auth. 1/4/19)
                                             Esperanza C. Anderson
                                             Attorneys for Relator, Frank Adomitis


DATED:  January 4, 2019                               McGREGOR W. SCOTT
                                             United States Attorney

                                      By:    */s/ Kelli L. Taylor*
                                             Kelli L. Taylor
                                             Assistant United States Attorney

ORDER

Based on the parties' stipulation, and good cause appearing, this Court hereby stays this action pending a decision by the Ninth Circuit in *U.S. ex rel v. San Bernardino Mountains Community Hosp.*, 5:17-cv-00002-JGB-KK.  Within 30 days of the Ninth Circuit's decision in that case, the United States shall provide this Court with a status report on this matter and its intervention decision.

IT IS SO ORDERED.

DATED:  January 10, 2019.

_____
UNITED STATES DISTRICT JUDGE