McGREGOR W. SCOTT
United States Attorney
KELLI L. TAYLOR
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone:  (916) 554-2700
Facsimile:  (916) 554-2900

Attorneys for the United States

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.,* FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendant. | No. 2:17-cv-1879 KJM<br><br>ORDER |

The United States has declined to intervene in this action pursuant to the False Claims Act, 31 U.S.C. § 3730(b)(4)(B).  Notice, ECF No. 17.  In its notice to the court, the United States has requested that, with the exception of the complaint, "[a]ll other contents of the Court's file in this action remain under seal and not be made public or served upon the Defendant, except for this Order and the United States' Notice of Election to Decline Intervention, which the Relator will serve upon the Defendant only after service of the Complaint[.]"

In making this request to seal, the United States fails to justify an exception to the FCA's general disclosure requirement.  *See* 31 U.S.C. 3730(b)(3); *U.S. ex rel. Lee v. Horizon W., Inc.*, No. 00-2921, 2006 WL 305966, at *2 (N.D. Cal. Feb. 8, 2006).  Accordingly, within fourteen (14) days of this order, any party may SHOW CAUSE why certain filings in this action are not subject to disclosure and must remain under seal.

Order on U.S.Notice of Election To Decline Intervention
*U.S., ex rel., Adomitis v. Tahoe Forest Hospital*, No. 2:17-cv-1879 KJM

1

The remainder of the United States' requests made in its notice to the court are GRANTED. Accordingly, IT IS ORDERED that:

1. The Complaint be unsealed and served upon the Defendant by the Relator;

2. The seal be lifted as to all other matters occurring in this action after the date of this Order;

3. The parties shall serve all pleadings and motions filed in this action, including supporting memoranda, upon the United States, as provided for in 31 U.S.C. § 3730(c)(3). The United States may order any deposition transcripts and is entitled to intervene in this action, for good cause, at any time;

4. The parties shall serve all notices of appeal upon the United States;

5. All orders of this Court shall be sent to the United States; and

6. Should the Relator or the Defendant propose that this action be dismissed, settled, or otherwise discontinued, the Court will provide the United States with notice and an opportunity to be heard before ruling or granting its approval.

IT IS SO ORDERED.

DATED: June 12, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

Order on U.S. Notice of Election To Decline Intervention
*U.S., ex rel., Adomitis v. Tahoe Forest Hospital*, No. 2:17-cv-1879 KJM

2