Esperanza Cervantes Anderson | SBN 197953
**LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**
1037 North Allen Avenue
Pasadena, California 91104
Tel.:  (626) 219-6773
Fax:   (626) 389-8911

Attorney for Plaintiff Relator
FRANK ADOMITIS

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA ex rel. FRANK ADOMITIS, an individual,<br><br>                    Relator,<br><br>        v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>                    Defendants. | Case No. 2:17-cv-01879-KJM-DB<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE CASE**<br><br>**[FRCP 41]** |

**TO THE HONORABLE COURT:**

   Please take notice that pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Relator Frank Adomitis hereby voluntarily dismisses this entire case. The Complaint has not yet been served on Defendant Tahoe Forest Hospital District. Defendant has not yet appeared. Defendant has not yet filed any answer to this Complaint, nor any motion for summary judgment.

///

///

///

///

Such dismissal shall be without prejudice, with each side to bear its own costs and fees.

DATED:  June 24, 2017.    **LAW OFFICE OF ESPERANZA CERVANTES ANDERSON**

By: */s/ Esperanza Cervantes Anderson*
Esperanza Cervantes Anderson, Esq.
Attorney for Plaintiff/Relator
FRANK ADOMITIS