UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, *ex rel.*, FRANK ADOMITIS, an individual,<br><br>Plaintiff,<br><br>v.<br><br>TAHOE FOREST HOSPITAL DISTRICT; DOES 1 through 20, inclusive,<br><br>Defendants. | No. 2:17-cv-1879 KJM<br><br><br>ORDER |

On July 28, 2020, the court ordered the sealed filings on the docket unsealed, and ordered the relator, Frank Adomitis, to show cause why he did not serve the complaint on the defendant as ordered in the court's prior order to show cause, ECF No. 19. Order at 1, ECF No. 24. The government filed a notice of consent to dismiss the case, ECF No. 25, but the relator did not respond to the second order to show cause.

The court now discharges the order to show cause at ECF No. 24 and ORDERS relator to pay sanctions in the amount of $250.00 for failure to serve the complaint on the defendant as ordered previously, and for failure to respond to the court's second order to show cause. Payment SHALL be made within fourteen (14) days.

/////

/////

1

Having received notice of consent to dismiss the case from the United States, the court DISMISSES the entire action and orders the clerk of court to CLOSE the case.

IT IS SO ORDERED

Dated: October 14, 2020.

_____
CHIEF UNITED STATES DISTRICT JUDGE

2